**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DR. QINGSHENG ZHU and DR. JULIO SPINELLI, acting jointly as the Stockholder Representative Committee for Action Medical, Inc., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 14-542-SLR |
| vs. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION and CARDIAC PACEMAKERS, INC., | ) ) ) ) | **REDACTED - PUBLIC VERSION NOVEMBER 23, 2015** |
| Defendants. | ) | |

**<u>DECLARATION OF CHRISTOPHER M. VERDINI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

I, Christopher M. Verdini, hereby declare:

1.       I am an attorney at K&L Gates LLP and am licensed to practice law in Pennsylvania. I am admitted *pro hac vice* to this court and I am counsel for Plaintiffs Dr. Qingsheng ("Ching") Zhu and Dr. Julio Spinelli in the above-captioned matter.

2.       I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3.       Attached hereto as Exhibit 1 is a true and correct copy of excerpted testimony from the deposition of Qingsheng Zhu, taken April 15, 2015.

4.       Attached hereto as Exhibit 2 is a true and correct copy of excerpted testimony from the deposition of Bruce KenKnight, taken April 27, 2015.

5.       Attached hereto as Exhibit 3 is a true and correct copy of excerpted testimony from the deposition of Lori Heinrichs, taken March 9, 2015.

6.       Attached hereto as Exhibit 4 is a true and correct copy of the Agreement and Plan of Merger, dated April 22, 2009, produced by Defendants at BSC00000001-116.

7.       Attached hereto as Exhibit 5 is a true and correct copy of excerpted testimony from the deposition of Julio Spinelli, taken September 18, 2015.

8.       Attached hereto as Exhibit 6 is a true and correct copy of excerpted testimony from the deposition of Mark Wisniewski, taken March 12, 2015.

9.       Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Stan Myrum, dated June 15, 2015.

10.     Attached hereto as Exhibit 8 is a true and correct copy of a BSC document titled "Multi-Franchise Physiologic Pacing Working Group Meeting Summary and Transcription of Michael Stucky Notes," dated October 12, 2009, produced by Defendants at BSC00080104-5.

1

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpted testimony from the deposition of Douglas Daum, taken March 10, 2015.

12. Attached hereto as Exhibit 10 is a true and correct copy of a BSC PowerPoint Presentation entitled "2010 CRMG Operating Plan," dated October 22, 2009, produced by Defendants at BSC00082383-599.

13. Attached hereto as Exhibit 11 is a true and correct copy of an email exchange between Douglas Daum, Mark Bickel and Alfonso Torrijos, dated between May 3, 2010 and June 6, 2010, produced by Defendants at BSC00020136-42.

14. Attached hereto as Exhibit 12 is a true and correct copy of a spreadsheet produced by Defendants at BSC00025050.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpted testimony from the deposition of Julio Spinelli, taken April 16, 2015.

16. Attached hereto as Exhibit 14 is a true and correct copy of a response letter from Allan Shuros to Ute Worringen, dated May 20, 2011, produced by Defendants at BSC00019430-33.

17. Attached hereto as Exhibit 15 is a true and correct copy of excerpted testimony from the deposition of Allan Shuros, taken March 11, 2015.

18. Attached hereto as Exhibit 16 is a true and correct copy of excerpted testimony from the deposition of Kenneth Stein, taken October 9, 2015.

19. Attached hereto as Exhibit 17 is a true and correct copy of a BSC PowerPoint Presentation entitled "History Deep Dive Presentation," dated October 19, 2011, produced by Defendants at BSC00035824-89.

20. Attached hereto as Exhibit 18 is a true and correct copy of an email from Allan Shuros to Arjun Sharma, dated November 10, 2011, produced by Defendants at BSC00022326-27.

21. Attached hereto as Exhibit 19 is a true and correct copy of an email exchange between Arjun Sharma, Stephen Hahn, and Allan Shuros, dated between December 19-23, 2011, produced by Defendants at BSC00006531-34.

22. Attached hereto as Exhibit 20 is a true and correct copy of an email exchange between Stephen Knisley and Allan Shuros, dated February 4, 2013, produced by Defendants at BSC00021870-75.

23. Attached hereto as Exhibit 21 is a true and correct copy of an email exchange between Ching Zhu and Douglas Daum, dated April 12, 2013, and attached as Exhibit B to the Complaint, filed April 24, 2014.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Spending Determination Notice letter sent by Charlie Attlan to Julio Spinelli and Ching Zhu, dated April 16, 2013, and attached as Exhibit C to the Complaint, filed April 24, 2014.

25. Attached hereto as Exhibit 23 is a true and correct copy of a letter in response to the Spending Determination Notice letter from Ching Zhu to Charlie Attlan, produced by Defendants at BSC00021186-221.

26. Attached hereto as Exhibit 24 is a true and correct copy of an email exchange between Ching Zhu and Douglas Daum, dated between May 10, 2013 and June 1, 2013, produced by Defendants at BSC00034243-46.

27. Attached hereto as Exhibit 25 is a true and correct copy of an email from Douglas Daum to Ching Zhu, dated June 7, 2013, produced by Plaintiffs at AMI_00020762.

28. Attached hereto as Exhibit 26 is a true and correct copy of an email exchange between Ching Zhu, Douglas Daum, and Tom Martin, dated between June 12-21, 2013, produced by Defendants at BSC00034214-17.

29. Attached hereto as Exhibit 27 is a true and correct copy of an email exchange between Vance Brown, Douglas Daum, Ching Zhu and Tom Martin, dated between June 12-28, 2013, produced by Defendants at BSC00027004-7.

30. Attached hereto as Exhibit 28 is a true and correct copy of an email exchange between Douglas Daum, Ching Zhu and Tom Martin, dated between June 12, 2013 and July 8, 2013, produced by Plaintiffs at AMI_00019993-95.

31. Attached hereto as Exhibit 29 is a true and correct copy of excerpted testimony from the deposition of Vance Brown, taken April 21, 2015.

32. Attached hereto as Exhibit 30 is a true and correct copy of an email from Tom Martin to Julie Scallen, dated September 12, 2013, produced by Defendants at BSC00033837-948.

33. Attached hereto as Exhibit 31 is a true and correct copy of an email from Tom Martin to Julie Scallen, dated September 19, 2013, produced by Defendants at BSC00033814.

34. Attached hereto as Exhibit 32 is a true and correct copy of an email from Tom Martin to Julie Scallen, dated October 4, 2013, produced by Defendants at BSC00033813.

35. Attached hereto as Exhibit 33 is a true and correct copy of an email exchange between Julie Scallen and Tom Martin, dated October 9, 2013, produced by Defendants at BSC00033811.

36. Attached hereto as Exhibit 34 is a true and correct copy of excerpted testimony from the deposition of Julie Scallen, taken April 23, 2015.

37. Attached hereto as Exhibit 35 is a true and correct copy of an email from Julie Scallen to Tom Martin, dated March 3, 2014, produced by Defendants at BSC00033805.

38. Attached hereto as Exhibit 36 is a true and correct copy of an email exchange between Tom Martin and Julie Scallen, dated between March 3-5, 2014.

39. Attached hereto as Exhibit 37 is a true and correct copy of an email from Julie Scallen to Tom Martin, dated May 8, 2014, produced by Plaintiffs at AMI_00036710-821.

40. Attached hereto as Exhibit 38 is a true and correct copy of an email from Patrick McElhinny, Plaintiffs' counsel, to Karen Pascale, Defendants' counsel, dated May 12, 2014.

41. Attached hereto as Exhibit 39 is a true and correct copy of Plaintiffs' Objections and Responses to BSC's Second Set of Interrogatories (Nos. 10-14), served February 9, 2015.

42. Attached hereto as Exhibit 40 is a true and correct copy of a spreadsheet produced by Defendants at BSC00070103.

43. Attached hereto as Exhibit 41 is a true and correct copy of the Disclosure of Julio Spinelli Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, dated June 15, 2015.

44. Attached hereto as Exhibit 42 is a true and correct copy of excerpted testimony from the deposition of Stan Myrum, taken October 6, 2015.

45. Attached hereto as Exhibit 43 is a true and correct copy of the Expert Witness Report: Regulatory Considerations, prepared by Joseph Schwoebel, dated June 15, 2015.

46. Attached hereto as Exhibit 44 is a true and correct copy of BSC PowerPoint Presentation slides, produced by Defendants at BSC00035976-81.

47.     Attached hereto as Exhibit 45 is a true and correct copy of an email from Mark Wisniewski to Sandie Eltringham and Tatiana Ivanov attaching an updated BSC PowerPoint Presentation entitled "CRM Business Development," dated January 16, 2009, produced by Defendants at BSC00073342-89.

48.     Attached hereto as Exhibit 46 is a true and correct copy of a spreadsheet produced by Defendants at BSC00079890.

49.     Attached hereto as Exhibit 47 is a true and correct copy of an email exchange between Tom Martin and Julie Scallen, dated between July 22, 2013 and August 8, 2013, produced by Defendants at BSC00034005-8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 19, 2015.

/s/ Christopher M. Verdini
Christopher M. Verdini

### CERTIFICATE OF SERVICE

I certify that on November 23, 2015, the foregoing was filed electronically using CM/ECF.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, a true and correct copy of the foregoing is being served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>kpascale@ycst.com<br>James L. Higgins, Esquire<br>jhiggins@ycst.com<br>**Young Conaway Stargatt<br>& Taylor, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Matthew M. Wolf, Esquire<br>matthew.wolf@aporter.com<br>Edward Han, Esquire<br>edward.han@aporter.com<br>Amy DeWitt<br>amy.dewitt@aporter.com<br>James A. Kaiser<br>james.kaiser@aporter.com<br>Tara L. Williamson<br>tara.williamson@aporter.com<br>**Arnold & Porter LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743 |

Of Counsel:

Patrick J. McElhinny
*patrick.mcelhinny@klgates.com*
Christopher M. Verdini
*christopher.verdini@klgates.com*
Anna Shabalov
*anna.shabalov@klgates.com*
Meredith D. M. Bateman
*meredith.bateman@klgates.com*
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

**POLSINELLI PC**
*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (#4367)
*rmdonaldson@polsinelli.com*
222 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
(302) 252-0923

*Attorneys for Plaintiffs*