IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. QINGSHENG ZHU and DR. JULIO SPINELLI, acting jointly as the Stockholder Representative Committee for Action Medical, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION and CARDIAC PACEMAKERS, INC., <br><br> Defendants. | Civil Action No. 14-542-SLR |

**DECLARATION OF ANNA SHABALOV IN SUPPORT OF MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO PRECLUDE CERTAIN EVIDENCE AND TESTIMONY NOT DISCLOSED DURING DISCOVERY**

I, Anna Shabalov, hereby declare:

1. I am an attorney at K&L Gates LLP and am licensed to practice law in Pennsylvania. I am admitted *pro hac vice* to this court and I am counsel for Plaintiffs Dr. Qingsheng Zhu and Dr. Julio Spinelli in the above-captioned matter.

2. I make this declaration in support of the Memorandum in Support of Plaintiffs' Motion *In Limine* No. 2 to Preclude Certain Evidence and Testimony Not Disclosed During Discovery.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), served by Defendants February 23, 2015.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpted testimony from the deposition of Douglas Daum, taken March 10, 2015.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' First Set of Interrogatories, served July 24, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-4), served by Defendants August 25, 2014.

7. Attached hereto as Exhibit 5 is a true and correct copy of Defendants' Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-4), served by Defendants January 5, 2015.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Maria E. Donawa, M.D., dated August 2, 2015.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Philip J. Phillips, dated August 3, 2015.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpted testimony from the deposition of Maria E. Donawa, M.D., taken October 1, 2015.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpted testimony from the deposition of Philip J. Phillips, taken August 27, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 17, 2016.

/s/ Anna Shabalov
Anna Shabalov

# CERTIFICATE OF SERVICE

I certify that on March 17, 2016, the foregoing was filed electronically using CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  In addition, a true and correct copy of the foregoing is being served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>kpascale@ycst.com<br>Pilar G. Kraman, Esquire<br>pkraman@ycst.com<br>**Young Conaway Stargatt & Taylor, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Matthew M. Wolf, Esquire<br>matthew.wolf@aporter.com<br>Edward Han, Esquire<br>edward.han@aporter.com<br>Amy DeWitt, Esquire<br>amy.dewitt@aporter.com<br>Tara L. Williamson, Esquire<br>tara.williamson@aporter.com<br>James A. Kaiser, Esquire<br>james.kaiser@aporter.com<br>**Arnold & Porter LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743 |

**POLSINELLI PC**

Of Counsel:

Patrick J. McElhinny
*patrick.mcelhinny@klgates.com*
Christopher M. Verdini
*christopher.verdini@klgates.com*
Anna Shabalov
*anna.shabalov@klgates.com*
Meredith D. M. Bateman
*meredith.bateman@klgates.com*
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*/s/ Shanti M. Katona*
R. Montgomery Donaldson (#4367)
*rmdonaldson@polsinelli.com*
Shanti Katona (#5352)
*skatona@polsinelli.com*
222 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
(302) 252-0923

*Attorneys for Plaintiffs*